UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.:1:25-CV-3658 (LTS)

------------------------------------------------------

UNITED STATES OF AMERICA, EX REL.
 Plaintiff,

v.

SEALED DEFENDANTS

------------------------------------------------------

## NOTICE OF FILING SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF-RELATOR'S MOTION FOR RECONSIDERATION and NUNC PRO TUNC PRESERVATION OF TIMELY FILING

Plaintiff respectfully submits the attached **Supplemental Memorandum of Law** in rebuttal to the Court's May 9, 2025 Order denying right to proceed as pro se Relator in the FCA portion of this action. This memorandum provides legal authority and argument regarding Plaintiff's standing to proceed pro se due to Plaintiff's personal injury connected to the alleged fraudulent use of federally funded resources.

**God's AUTHORITY:**
PSA 18:2 The LORD is my rock, and my fortress, and my deliverer; my God, my strength, in whom I will trust; my buckler, and the horn of my salvation, and my high tower.

PSA34:17 The righteous cry and the LORD heareth, and delivereth them out of all their troubles.

PSA 23:5 Thou preparest a table before me in the presence of mine enemies: thou anointest my head with oil; my cup runneth over. 6 Surely goodness and mercy shall follow me all the days of my life…

Date: May 22, 2025

By: _Marilyn Daniels_, Plaintiff-Relator
One of 'we the people" All Rights Reserved
Non-resident/non-subject
marilynsvp@gmail.com