UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
MARILYN DANIELS,

        Plaintiff,                             **ORDER**

    -against-                               25-CV-03341 (DG) (VMS)

THE CITY OF NEW YORK, *et al.*,

        Defendants.
--------------------------------------------------------x

VERA M. SCANLON, Chief United States Magistrate Judge.

    The *pro se* plaintiff Marilyn Daniels filed the complaint in this action on May 1, 2025, and paid the $405.00 filing fee on July 16, 2025. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

    Accordingly, if service is not made upon the defendants by October 14, 2025,[1] or the plaintiff fails to show good cause why such service has not been effected by that date, I will recommend that the action will be dismissed without prejudice for failure to prosecute.

    The plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of the plaintiff's current address means the Court will not know where to contact the plaintiff and may result in dismissal of the case. For information regarding court procedures, the plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

    SO ORDERED.

                                                      *Vera M. Scanlon*

                                                      VERA M. SCANLON
                                                      Chief United States Magistrate Judge

Dated: Brooklyn, New York
           2025
     *7/7/2025*

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a defendant be served within 90 days after the complaint is filed, here, the plaintiff's request to proceed in forma pauperis was denied by Order dated July 2, 2025, and the plaintiff paid the filing fee on July 16, 2025. See ECF Nos. 27-28. The Court therefore extends the time to serve until 90 days after the plaintiff paid the filing fee.