UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ORIGINAL**

Marilyn Daniels,
  Plaintiff,

Case No.:1:25-CV-03341-DG-VMS

V.

THE CITY OF NEW YORK, NEW YORK
CITY POLICE DEPARTMENT, NYPD Officers #1-5, John Doe
NYPD OFFICERS#1-5 Individually and officially
Proshana R. Harriott of the 88th Precinct Individually and Officially:
Detective Eli of NYPD Internal Affairs Officially and Individually
Eric Basin Commissioner NYPD Tow Pound individually and officially,
Preston Niblack, Commissioner: NYC Department of Finance(official
and individual capacity,) NYC Department of Finance VehiclesBureau/
Bureau of Towing, Voucher#4245580 officially and individually:
NYPD IA Miguel A. Iglesias officially and individually,
  Defendants.



RECEIVED
AUG 01 2025
PRO SE OFFICE

**Notice of Rule 46 OBJECTION to EDNY of Obstructive Conduct by EDNY clerks and judges**

Fret not thyself because of evildoers, neither be thou envious against the workers of iniquity

"Commit your way to the Lord; trust in him, and he will act. He will bring forth your righteousness as the light, and your justice as the noonday."

**To the Chief Judge Margo K. Brodie, Court, clerks, judge VMS and All Defendants:**
1. On July 18, 2025 Plaintiff, filed a draft Summons via ECF
2. On July 21, 2025 Plaintiff again filed the aforementioned draft summons as the clerks claimed that it was not received.
3. On July 22, 2025 Plaintiff called the Pro Se Clerk's office and spoke with a Tania who confirmed that plainitff's draft summons had been received that it would take an hour to draft the Court's summons and that it would be mailed that day.
4. On July 25, 2025 Plaintiff still had not received the Court issued Summons, so plaintiff filed a motion to Compel Issuance of Summons and the Correct the court's backdated Order that was erroneously dated 7/7/2025 but referred to event that had already occurred in the future on 7/16/2025.
5. On July 28, 2025 Plaintiff again spoke with Pro Se Court Clerk Tania who confirmed that the motion was received and when asked if the summons was issued she said yes, but she could not tell me when it was issued although she was looking at the computer she told me that she had to check a file and put me on hold then came back and said that the summons was issued on July 22, 2025.
6. On July 31, 2025 after 4p.m plaintiff received the court issued summons which were dated July 22, 2025 and contained in a Court stationery envelope dated July 28, 2025.

7. Plaintiff objects to the courts deliberate dilatory bad faith conduct that is prejudicial to the administration of justice and hereby preserves this objection per Rule 46 for appeal.
8. Plaintiff hereby files this objection together with the Court issued summons, copy of envelope and Complaint for filing per Rule 3.
9. Plaintiff hereby Reserves all of her Rights
10. Based on the foregoing the court (clerks and judges) are carrying out conduct that is prejudicial to the administration of justice and in violation of the Constitution for the United States in order to obstruct plaintiff's right of redress.

Dated: August 1, 2025

Respectfully submitted,
By: /s/Marilyn Daniels, All Rights Reserved
Plaintiff One of 'we the people' Beneficiary of the Trust
Mailing location: ℅ 25 Lafayette Avenue #6C
Brooklyn, New York [11217] non-resident/non-subject

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Marilyn Daniels )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:25-cv-03341-DG-VMS
The City of New York; New York City (Police Department); John Doe NYPD Officers )
#1-5; John Doe NYPD Officers #1-5 Individually and Officially; Proshana R. Harriot of the )
88th Precinct Individually and officially; Detective Eli of NYPD Internal Affairs officially )
and individually; Eric Basin,Commissioner NYPD Tow Pound individually and officially; )
Preston Niblack, Commissioner; NYC Department of Finance Vehicles Bureau/Bureau of )
Towing, Voucher # 424558 officially and individually; Commissioner NYPD IA Miguel A )
Iglesias officially and individually; )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The City of New York
NYC Law Department Attn Muriel Goode-Trufant, Corporation Counsel 100 Church Street, New York, New York 10007

New York City (Police Department)
Attn Civil Section, Legal Bureau, Room 1406 1 Police Plaza, New York, NY 10038

Preston Niblack, Commissioner
Department of Finance 66 John Street, 13th Floor, New York, New York 10038 (In both official and individual capacities)

Proshana R Harriot of the 88th Precinct Individually and officially
Badge #25086 88th Precinct 298 Classon Avenue, Brooklyn, New York 11205

Miguel A Iglesias, Commissioner NYPD Internal Affairs Bureau
315 Hudson Street, New York, New York 10013

Detective Eli of NYPD Internal Affairs officially and individually
315 Hudson Street,
New York, New York 10013

NYC Department of Finance Vehicles Bureau Bureau of Towing,
Voucher # 424558 officially and individually
66 John Street, 13th Floor, New York, New York 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pro se Petitioner:   Marilyn Daniels
25 Lafayette Ave
Apt. 6C
Brooklyn, NY 11217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 07/22/2025

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-03341-DG-VMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                       _____
                                              *Server's signature*

                                            _____
                                              *Printed name and title*


                                            _____
                                              *Server's address*

Additional information regarding attempted service, etc:

**CLERK OF U.S. DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS

FIRST-CLASS MAIL
IMI
$002.44

Rec'd 7/31/25

Marilyn Daniels
25 Lafayette Ave
Apt 6C
Brooklyn, NY 11217